MICHAEL THAL et al., Respondents, *v.* RICHARD POLUMBAUM et al., Appellants.

Argued October 15, 1951; decided December 6, 1951.

*Charles H. Tuttle, Herbert S. Greenberg, Stoddard B. Colby* and *Monroe J. Cahn* for appellants.

*Bernard Phillips, J. Norman Lewis* and *James P. Durante* for respondents.

Judgment modified by striking therefrom so much thereof as awards money damages against defendants George Ogens, doing business as Ansonia Sign Company, and Miracle Sell-It Sign Corp. and, as so modified, affirmed, without costs. It was proper to grant this injunctive relief against all the defendants, but we see no basis in this record for a money judgment against defendants Ogens and Miracle, since there is nothing to show any connection of either of those defendants with the transaction or transactions involving the 3,565 " Graybar " signs. No opinion. intersection, and that such sign had not been replaced until

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.